UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:21-CR-00048(19)-LY |
| | § | |
| (19) Adrianne Spence | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Before the Court is the Defendant's Agreed Motion for Continuance (Clerk's Doc. No. 268). The Defendant was set for ARRAIGNMENT / DETENTION HEARING on Friday, April 16, 2021. Defendant's counsel has requested that the hearing be reset. The Government does not oppose the continuance. The Court finds good cause for this extension and **GRANTS** the motion. ACCORDINGLY, the **ARRAIGNMENT / DETENTION HEARING by videoconference** in this case is **RESET** to **April 23, 2021** at **1:00 PM**.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court **ORDERS** that the time from April 16, 2021 through April 23, 2021, be excluded under the Speedy Trial Act.

SIGNED April 15, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE